IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-719-D
No. 5:22-CR-140-D

TRAY DE'VONTA EVANS,                    )
                                        )
                  Petitioner,           )
                                        )
            v.                          )
                                        )            **ORDER**
UNITED STATES OF AMERICA,               )
                                        )
                  Respondent.           )

The United States SHALL respond to petitioner's motion [D.E. 561] not later than

June 29, 2026.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge